**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF FLORIDA

Case number *(if known)* _____ Chapter 11

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Premier Exhibitions International, LLC** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 26-3285075 |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **3045 Kingston Court**<br>**Suite 1**<br>**Peachtree Corners, GA 30071**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Gwinnett**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

5. Debtor's website (URL) **www.premierexhibitions.com**

6. Type of debtor

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership

☐ Other. Specify: _____

Debtor  **Premier Exhibitions International, LLC**                    Case number (*if known*) _____
　　　　　Name

**7.  Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53AB))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80a-3)

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
　　See http://www.naics.com/search/.

　　_____

**8.  Under which chapter of the Bankruptcy Code is the Debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply*:

　　☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years after that).

　　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operation, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　　☐ A plan is being filed with this petition.

　　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

　　☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

☑ No.

☐ Yes.

If more than 2 cases, attach a separate list.

District _____  When _____  Case number _____

District _____  When _____  Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No

☑ Yes.

List all cases. If more than 1, attach a separate list

Debtor  **SEE ANNEX 1**                    Relationship to you _____

District _____  When _____  Case number, if known _____

Debtor    **Premier Exhibitions International, LLC**                          Case number (*if known*) _____
           <u>Name</u>

**11. Why is the case filed in this district?**    *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.   Insurance agency _____
         Contact name _____
         Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**    .    *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | Premier Exhibitions International, LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

**Request for Relief, Declaration, and Signature**

---

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    June 14, 2016
                MM / DD / YYYY

**X** /s/ Michael J. Little                Michael J. Little
     Signature of authorized representative of debtor        Printed name

Title    **Chief Financial Officer and Chief Operating Officer**

---

**18. Signature of attorney**

**X** /s/ Daniel F. Blanks              Date   June 14, 2016
     Signature of attorney for debtor                  MM / DD / YYYY

**Daniel F. Blanks**
Printed name

**Nelson Mullins Riley & Scarborough, LLP**
Firm name

**50 N. Laura Street**
**Suite 4100**
**Jacksonville, FL 32202**
Number, Street, City, State & ZIP Code

Contact phone   **(904) 665-3600**      Email address   **daniel.blanks@nelsonmullins.com**

**88957**
Bar number and State

## Annex 1

### SCHEDULE OF DEBTORS

On the date hereof, each of the affiliated entities listed below (including the debtor in this chapter 11 case) filed in this Court a petition for relief under chapter 11 of title 11 of the United States Code.  These entities seek joint administration with RMS Titanic, Inc. and its affiliates' jointly administered cases under Case No. 3:16-bk-02230 pursuant to the *Order Granting Debtors' Motion for Order (i) Directing Joint Administration of the Chapter 11 Cases Pursuant to Bankruptcy Rule 1015(b) and (ii) Waiving Requirements of Bankruptcy Code Section 342(c)(1) and Bankruptcy Rule 2002(n)* [D.E. ___].

| Debtor | Employer Identification Number (EIN) |
|---|---|
| RMS Titanic, Inc. | 59-2753162 |
| Premier Exhibitions, Inc. | 20-1424922 |
| Premier Exhibitions Management, LLC | 45-3723101 |
| Arts and Exhibitions International, LLC | 45-3723101 |
| Premier Exhibitions International, LLC | 26-3285075 |
| Premier Exhibitions NYC, Inc. | 65-1309246 |
| Premier Merchandising, LLC | 26-2213867 |
| Dinosaurs Unearthed Corp. | 68-0677309 |

~#4838-0259-0002 v.1~

**Fill in this information to identify the case:**

Debtor name  **Premier Exhibitions International, LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an
amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐    *Schedule H: Codebtors* (Official Form 206H)
☐    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    *Amended Schedule*
■    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐    Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    June 14, 2016          X /s/ Michael J. Little
                                      Signature of individual signing on behalf of debtor

                                      **Michael J. Little**
                                      Printed name

                                      **Chief Financial Officer and Chief Operating Officer**
                                      Position or relationship to debtor

Fill in this information to identify the case:

Debtor name    Premier Exhibitions International, LLC

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known): _____

☐ Check if this is an

amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 417 Fifth Ave. Real Estate L c/o Sebastian Capital, Inc. 417 Fifth Avenue New York, NY 10016 | Roxana Girand  rgirand@sebastian -capital.com | Lease | Contingent Unliquidated Disputed | | | $421,378.00 |
| ABC Imaging 1155 21st Street NW Suite M Washington, DC 20036 | accountsreceivable @abcimaging.com (202) 429.8870 | Trade | Contingent Unliquidated Disputed | | | $36,013.00 |
| Broadway Video 30 Rockefeller Plaza 54th Floor New York, NY 10112 | byonschoeler@bro adwayvideo.com | Trade | Contingent Unliquidated Disputed | | | $250,000.00 |
| CBS Outdoor/Outfront Media 185 US Highway 46 Fairfield, NJ 07004 | cashapplications@ cbsoutdoor.com (973) 575-6900 | Trade | Contingent Unliquidated Disputed | | | $111,500.00 |
| Dentons Canada LLP 77 King Street West Suite 400 Toronto, ON | Catherine Wade  catherine.wade@d entons.com | Professional services | Disputed | | | $167,917.00 |
| George F. Eyde LLC 300 S. Washington Square Suite 400 Lansing, MI 48933 | rundell@eyde.com (517) 351-2480 | Trade | Contingent Unliquidated Disputed | | | $200,000.00 |
| Hoffen Global Ltd. 305 Crosstree Lane Atlanta, GA 30328 | ejones@penderlaw .com (678) 576-8253 | Trade | Contingent Unliquidated Disputed | | | $360,489.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor   **Premier Exhibitions International, LLC**                              Case number *(if known)* _____
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| NASDAQ Stock Market LLC 805 King Farm Blvd. Rockville, NC 28050 | Edwin Asprer Edwin.Asprer@nasdaq.com (301) 978-8391 | Trade | Contingent Unliquidated Disputed | | | $45,578.00 |
| NY Dept. of Taxation and Fin ATTN: Office of Counsel Building 9 W. A. Harriman Campus Albany, NY 12227 | 518-485-6027 | Taxes | Disputed | | | $400,000.00 |
| PacBridge Limited Partners 22/F Fung House 19-20 Connaught Road Central Hong Kong | wongg@pacbridgepartners.com 85234137395 | Trade | Contingent Unliquidated Disputed | | | $1,200,000.00 |
| Ramparts, Inc. 3900 Las Vegas Blvd. S. Las Vegas, NV 89119 | plavoie@excalibur.com (702) 262-4015 | Trade | Contingent Unliquidated Disputed | | | $674,069.00 |
| Samuel Weiser 565 Willow Road Winnetka, IL 60093 | ssw2660@comcast.net (312) 375-8796 | Trade | Contingent Unliquidated Disputed | | | $180,000.00 |
| Screen Actors Guild 1900 Broadway 5th Floor New York, NY 10023 | Connie Best connie.best@sagaftra.org (212) 863-4249 | Trade | Contingent Unliquidated Disputed | | | $260,000.00 |
| Seaventures, Ltd. 5603 Oxford Moor Blvd. Windermere, FL 34786 | jbm720@aol.com | Trade | Contingent Unliquidated Disputed | | | $225,000.00 |
| Sophrintendenza Archeologica di Napoli e Pompei Piazza Museo 19 Naples, Italy | martamaggiano@mondomostre.it | Trade | Disputed | | | $460,092.00 |
| Structure Tone, Inc. 770 Broadway, 9th Floor New York, NY 10003 | Joe Marsh kanoushian@structuretone.com (212) 481-6100 | Trade | Contingent Unliquidated Disputed | | | $1,346,000.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor    **Premier Exhibitions International, LLC**                                                    Case number *(if known)* _____
          Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| TPL 3340 Peachtree Road Suite 2140 Atlanta, GA 30326 | sfinestone@fmattorneys.com | Trade | Contingent Unliquidated Disputed | | | $147,000.00 |
| Verifone, Inc. 300 South Park Place Blvd. Clearwater, FL 33759 | antonia_T1@verifone.com (727) 953-4000 | Trade | Contingent Unliquidated Disputed | | | $248,000.00 |
| WNBC - NBC Universal Media 15000 SW 27th Street Hollywood, FL 33027 | David Guilick David.Guilick@nbcuni.com (954) 622-7800 | Trade | Contingent Unliquidated Disputed | | | $51,398.00 |
| Zigong Gengu Longteng Science & Techn.Co. No. 10-4 TaiFeng Bldg. 68 HuiDong Road Zigong, Sichuan, China | | Trade | Contingent Unliquidated Disputed | | | $41,266.00 |

Official Form 201A (12/15)

*[If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition]*

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

In re:

RMS TITANIC, INC., *et al.*,[1]

        Debtors.

Case No.

Chapter 11

(Joint Administration Requested)

### Attachment to Voluntary Petition for
### Non-Individuals Filing for Bankruptcy Under Chapter 11

1.    If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is 000-24452.

2.    The following financial data is the latest available information and refers to the debtor's condition on June 13, 2016.

a.    Total assets                                                $36,000,000

b.    Total debts (including debts listed in 2.c., below) $15,000,000

c.    Debt securities held by more than 500 holders

|  |  |  |  | Approximate number of holders: |
|---|---|---|---|---|
| ☐ secured | ☐ unsecured | ☐ subordinated | $_____ | 0 |
| ☐ secured | ☐ unsecured | ☐ subordinated | $_____ | _____ |
| ☐ secured | ☐ unsecured | ☐ subordinated | $_____ | _____ |
| ☐ secured | ☐ unsecured | ☐ subordinated | $_____ | _____ |
| ☐ secured | ☐ unsecured | ☐ subordinated | $_____ | _____ |

---

[1] The Debtors in the chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number include: RMS Titanic, Inc. (3162); Premier Exhibitions, Inc. (4922); Premier Exhibitions Management, LLC (3101); Arts and Exhibitions International, LLC (3101); Premier Exhibitions International, LLC (5075); Premier Exhibitions NYC, Inc. (9246); Premier Merchandising, LLC (3867), and Dinosaurs Unearthed Corp. (7309). The Debtors' service address is 3045 Kingston Court, Suite I, Peachtree Corners, Georgia 30071.

     d.      Number of shares of preferred stock:  0

     e.      Number of shares common stock:  $65,000,000

Comments, if any: _____

_____

_____

    3.     Brief description of debtor's business: _____Exhibitions of museum
quality artifacts and displays._____

_____

    4.     List the names of any person who directly or indirectly owns, controls,
or holds, with power to vote, 5% or more of the voting securities of debtor:
     Cede & Co.; High Nature Holding Limited _____

_____

_____

~#4828-6208-2866 v.1 ~

**RESOLUTIONS OF THE**
**BOARD OF DIRECTORS**
**OF**
**PREMIER EXHIBITIONS INTERNATIONAL, LLC,**
**a Florida corporation**

**June 13, 2016**

**WHEREAS,** the Board of Directors (the "**Board**") of Premier Exhibitions International, LLC, a Florida corporation (the "**Company**"), has reviewed and considered the materials presented by the management and the financial and legal advisors of the Company regarding the liabilities and liquidity of the Company, the strategic alternatives available to it, and the impact of the foregoing on the Company's business; and

**WHEREAS,** after due deliberation, the Board has determined that it is desirable and in the best interests of the Company, its creditors, its shareholders and other interested parties to file a voluntary petition under Chapter 11 of Title 11 of the United States Code ("**Bankruptcy Code**") pursuant to 11 U.S.C. § 101, *et seq.* (the "**Reorganization**"); and

**WHEREAS,** the Board has considered the business and financial conditions and results of operations of the Company and its direct and indirect subsidiaries (the "**Subsidiaries**") as of the date hereof, including without limitation the assets and liabilities (current and long-term), historical and current performance and the market for the goods sold by the Company and its Subsidiaries; and

**WHEREAS,** the Board has reviewed, considered, and received the recommendations of the senior management of the Company and the Company's professionals and advisors as to the relative risks and benefits of the Reorganization.

**NOW, THEREFORE, BE IT RESOLVED,** that, based on factors and information deemed relevant by the Board, in the judgment of the Board, it is in the best interest of the Company, its creditors, its shareholders and other interested parties, under the circumstances set forth herein, that all actions be taken by the Company to initiate the Reorganization on behalf of the Company to preserve the value available to the creditors and shareholders of the Company; and it is

**RESOLVED FURTHER,** that each of the officers of the Company (each an "**Authorized Officer**" and all "**Authorized Officers**") is hereby authorized and empowered to execute and verify a petition in the name of the Company and its Subsidiaries under the provisions of Chapter 11 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the Middle District of Florida (the "**Bankruptcy Court**") (or in such other jurisdiction or court as said Authorized Officers may deem necessary or appropriate), to commence any ancillary or related proceedings as may be necessary or appropriate to effectuate the purposes of the Reorganization, and to execute, verify, and cause to be filed all documents in furtherance thereof; and it is

**RESOLVED FURTHER,** that each Authorized Officer is hereby authorized and empowered to negotiate, enter into, execute, deliver, certify, file, record, and perform, any and all petitions, schedules, lists, motions, certifications, agreements, instruments, affidavits, applications, including, without limitation, applications for approvals or rulings of governmental or regulatory authorities, or other documents and to take such other actions, as in the judgment of such Authorized Officer shall be or become necessary, proper, or desirable in connection with the Reorganization; and it is

**RESOLVED FURTHER,** that the Authorized Officers be, and they hereby are, authorized and empowered on behalf of, and in the name of, the Company to make arrangements for post-petition financing or use of cash collateral for the Company and the Reorganization and to execute any and all documents that, at the discretion of such Authorized Officers, are necessary, convenient, or advisable for consummating such financing; and it is

**RESOLVED FURTHER,** that the Authorized Officers are hereby authorized and directed to employ the law firm of Nelson Mullins Riley & Scarborough LLP as general bankruptcy counsel to the Company and its Subsidiaries in each case to represent and assist the Company and its Subsidiaries in filings under chapter 11 of the Bankruptcy Code, and to take any and all actions to advance the rights and interests of the Company and its Subsidiaries and, in connection therewith, the Authorized Officers are hereby authorized and directed to pay appropriate retainers prior to and immediately upon the filing of the chapter 11 cases, and to cause to be filed appropriate Bankruptcy Court applications for authority to retain the services of Nelson Mullins Riley & Scarborough LLP; and it is

**RESOLVED FURTHER,** that the Authorized Officers are hereby authorized and directed to employ the law firm of Kaleo Legal as special counsel to the Company and its Subsidiaries in each case to represent and assist the Company and its Subsidiaries in filings under chapter 11 of the Bankruptcy Code, and to take any and all actions to advance the rights and interests of the Company and its Subsidiaries and, in connection therewith, the Authorized Officers are hereby authorized and directed to pay appropriate retainers prior to and immediately upon the filing of the chapter 11 cases, and to cause to be filed appropriate Bankruptcy Court applications for authority to retain the services of Kaleo Legal; and it is

**RESOLVED FURTHER,** that the Authorized Officers are hereby authorized and directed to employ the law firm of McGuireWoods LLP as special litigation counsel to the Company and its Subsidiaries in each case to represent and assist the Company and its Subsidiaries in filings under chapter 11 of the Bankruptcy Code, and to take any and all actions to advance the rights and interests of the Company and its Subsidiaries and, in connection therewith, the Authorized Officers are hereby authorized and directed to pay appropriate retainers prior to and immediately upon the filing of the chapter 11 cases, and to cause to be filed appropriate Bankruptcy Court applications for authority to retain the services of McGuireWoods LLP; and it is

**RESOLVED FURTHER,** that each Authorized Officer is hereby authorized and empowered to employ and retain all assistance by legal counsel, accountants, restructuring

advisors, and other professionals, subject to Bankruptcy Court approval, and to perform any and all further acts and deeds the Authorized Officer deems necessary, proper, or desirable in furtherance thereof with a view to the successful prosecution of the Reorganization; and it is

**RESOLVED FURTHER,** that each Authorized Officer is authorized and empowered, to negotiate, execute, deliver, certify, file and/or record, and perform, any and all of the agreements, documents, and instruments referenced herein, and such other agreements, documents, and instruments and assignments thereof as may be required or as such Authorized Officer deems appropriate or advisable, or to cause the negotiation, execution, and delivery thereof, in the name and on behalf of the Company, as the case may be, in such form and substance as such Authorized Officer may approve, together with such changes and amendments to any of the terms and conditions thereof as such Authorized Officer may approve, with the execution and delivery thereof on behalf of the Company by or at the direction of such Authorized Officer to constitute evidence of such approval;

       (i)    to negotiate, execute, deliver, certify, file and/or record, and perform, in the name and on behalf of the Company, any and all agreements, documents, certificates, consents, filings, and applications relating to the resolutions adopted and matters ratified or approved herein and the transactions contemplated thereby, and amendments and supplements to any of the foregoing, and to take such other action as may be required or as such Authorized Officer deems appropriate or advisable in connection therewith;

       (ii) to do such other things as may be required, or as may in such Authorized Officer's judgment be necessary, proper or desirable, to carry out the intent and effectuate the purposes of the resolutions adopted and matters ratified or approved herein and the consummation of the transactions contemplated hereby; and

**RESOLVED FURTHER,** that all actions taken by the Authorized Officers prior to the date of these resolutions and within the authority conferred, are proved in all respects as the act and deed of the Company.

~#4829-1877-5598 v.1 ~

**Fill in this information to identify the case:**

Debtor name    **Premier Exhibitions International, LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐    *Schedule H: Codebtors* (Official Form 206H)
☐    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    *Amended Schedule*
☐    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
■    Other document that requires a declaration    List of Equity Security Holders

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    __June 14, 2016__         X /s/ Michael J. Little
                                         Signature of individual signing on behalf of debtor

                                         **Michael J. Little**
                                         Printed name

                                         **Chief Financial Officer and Chief Operating Officer**
                                         Position or relationship to debtor

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

RMS TITANIC, INC., *et al.*,[1]

        Debtors.

Case No. 3:16-bk-02230
Chapter 11

(Joint Administration Requested)

### LIST OF EQUITY SECURITY HOLDERS[2]

| Debtor | Registered Holder | Address of Equity Holder | Type of Equity Security | No. of Shares Held |
|---|---|---|---|---|
| RMS Titanic, Inc. | Jay C. Abraham Cust Brynne A. Abraham Under the AZ Unif Tran Min Act | REDACTED | | 1 |
| | John F. Acroyd Sharon A. Acroyd JT TEN | REDACTED | | 3 |
| | Joan A. Adaczyk | REDACTED | | 1 |
| | Thomas F. Adams | REDACTED | | 20 |
| | Dave Almeida | REDACTED | | 1 |
| | Thomas P. Anderson & Cindie Anderson JT TEN | REDACTED | | 3 |
| | Lisa Andre | REDACTED | | 1 |

---

[1] The Debtors in the chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number include: RMS Titanic, Inc. (3162); Premier Exhibitions, Inc. (4922); Premier Exhibitions Management, LLC (3101); Arts and Exhibitions International, LLC (3101); Premier Exhibitions International, LLC (5075); Premier Exhibitions NYC, Inc. (9246); Premier Merchandising, LLC (3867), and Dinosaurs Unearthed Corp. (7309). The Debtors' service address is 3045 Kingston Court, Suite I, Peachtree Corners, Georgia 30071.

[2] This list serves as the disclosure required to be made by the Debtors pursuant to Rule 1007 of the Federal Rules of Bankruptcy Procedure. Equity positions listed for Preferred A and Preferred B holders are as of June 13, 2016. Equity positions for common holders are as of June 13, 2016. Address information for individual holders has been redacted to maintain confidentiality.

| Debtor | Registered Holder | Address of Equity Holder | Type of Equity Security | No. of Shares Held |
|--------|-------------------|--------------------------|-------------------------|--------------------|
| | Nancy Rodman Anguish 1991 Trust c/o Rod Steele | REDACTED | | 10,635 |
| | Anthony Anneski | REDACTED | | 1 |
| | Wayne Archibald | REDACTED | | 1 |
| | Arthur E. Armstrong & Sandra M. Armstrong JT TEN | REDACTED | | 5 |
| | AST Exchange Agent CO#05539 Premier Exhibitions | 6201 15th Avenue Brooklyn, NY 11219 | | 27,423 |
| | Douglas Banker | REDACTED | | 4,894 |
| | Douglas Banker Trustee Douglas Banker Trust U/A Dated 03/30/10 | REDACTED | | 6,687 |
| | Kresimir Banovac & Spomenka Banovac JT TEN | REDACTED | | 4 |
| | Michael Barbara | REDACTED | | 1 |
| | Robert G. Barth | REDACTED | | 3 |
| | Michael Blanchard | REDACTED | | 1 |
| | Barbara Bodington | REDACTED | | 1 |
| | Ralph Bosetti & Dorothy Bosetti JT TEN | REDACTED | | 1 |
| | Frederick W. Branch | REDACTED | | 9 |
| | Bob Brandon | REDACTED | | 1,331 |
| | Robert A. Brandon | REDACTED | | 5,500 |
| | Christopher M. Brandt | REDACTED | | 1 |
| | Jeanne Brown | REDACTED | | 1 |
| | Kevin Buckerfield | REDACTED | | 1 |
| | Buckteeth Enterprises, LLC c/o Robert Bernasek | 124 Columbia Heights Brooklyn, NY 11201 | | 3,218 |

| Debtor | Registered Holder | Address of Equity Holder | Type of Equity Security | No. of Shares Held |
|---|---|---|---|---|
| | Bruce Burgess | REDACTED | | 1 |
| | Catherine N. Byers | REDACTED | | 10 |
| | Caminvestco, Inc. c/o JD & Faye Cameron | 119 Kiowana Beach Rd Meadford, Ontario Canada N4L 1W5 | | 2,621 |
| | Caminvestco, Inc. c/o JD & Faye Cameron | 119 Kiowana Beach Rd Meadford, Ontario Canada N4L 1W5 | | 3,335 |
| | 171517 Canada, Inc. c/o Shlomo Drazin | 1117 Ste Catherine Street W., No 303 Montreal Quebec Canada H3B 1H9 | | 18,422 |
| | 123180 Canada, Inc. | 2021 Union Montreal Quebec Canada H3A 2S9 | | 2,923 |
| | Cede & Co. (Fast Account) | P.O. Box 20 Bowling Green Station New York, NY 10004 | | 4,469,789 |
| | Philip A. Ciborowski | REDACTED | | 10 |
| | Clearstream Global Securities, Inc. | Team B 2600 Cork Airport Business Park Kinsale Road Cork, Ireland | | 919 |
| | Connie M. Cline | REDACTED | | 2 |
| | David Comeaux | REDACTED | | 1 |
| | Cousins Partners Ltd. | P.O. Box 871 | | 1,005 |

| Debtor | Registered Holder | Address of Equity Holder | Type of Equity Security | No. of Shares Held |
|---|---|---|---|---|
| | Heather Cranham | REDACTED | | 1 |
| | John L. & Stacy M. Creswell | REDACTED | | 245 |
| | Donna Cromie | REDACTED | | 1 |
| | Mary Cuckson | REDACTED | | 1 |
| | Joseph C. Dale | REDACTED | | 1 |
| | George & Rosemarie Davis | REDACTED | | 12,060 |
| | Paul Davis III & Kathryn B. Davis | REDACTED | | 124 |
| | Paul L. Davis, Jr. & Betty Rae Davis | REDACTED | | 760 |
| | Paul L. Davis, Jr. Family Trust | REDACTED | | 576 |
| | Edward Depaola & Anna Depaola JT TEN | REDACTED | | 5 |
| | Patricia Dobrick Cust. Owen Christopher Dobrick UTMA/NY | REDACTED | | 1 |
| | Denise Dodd | REDACTED | | 1 |
| | Nanci Donato | REDACTED | | 1 |
| | Patrick & Katherine Dorsey | REDACTED | | 4,218 |
| | Richard Dorshorn TR 11/30/04 | REDACTED | | 3 |
| | Philip M. Drake | REDACTED | | 15,859 |
| | Malca & Shlomo Drazin | REDACTED | | 11,859 |
| | Shulamit & Tamara Drazin | REDACTED | | 11,123 |
| | Dorothy H. Dresslar | REDACTED | | 10 |
| | Edwin Eckerson | REDACTED | | 5 |
| | David M. Ellis | REDACTED | | 13,888 |
| | Leann Enderson | REDACTED | | 1 |
| | Elfriede Engler Erdlen, Executor for the Estate of Kurt Engler | REDACTED | | 6 |

| Debtor | Registered Holder | Address of Equity Holder | Type of Equity Security | No. of Shares Held |
|---|---|---|---|---|
| | Scott M. Ernste | REDACTED | | 1 |
| | Stephen A. Fairfield | REDACTED | | 1 |
| | Robert Falkner | REDACTED | | 1 |
| | Lange Feng | REDACTED | | 669,643 |
| | Paul Fewtrell | REDACTED | | 1 |
| | Chloe Foster | REDACTED | | 1 |
| | T. Pat Fox & Joy Fox JT TEN | REDACTED | | 50 |
| | Susan Fritz | REDACTED | | 1 |
| | Trudy Funkhouser | REDACTED | | 1 |
| | Gladys Gantt | REDACTED | | 1 |
| | Patricia Gathof | REDACTED | | 1 |
| | Linda Gaudette | REDACTED | | 1 |
| | Tony Glisson C/F Jackey Bennett UTMA FL | REDACTED | | 1 |
| | Angela Glynn & Andrew Glynn JT TEN | REDACTED | | 1 |
| | First Clearing Corp. Custodian for Robert Goren Rollover IRA Account | REDACTED | | 600 |
| | Robert Graham & Rebecca Graham JTWROS | REDACTED | | 1 |
| | Sean J. Greene | REDACTED | | 1,600 |
| | Kathleen L. Greger | REDACTED | | 10 |
| | Palmer Grim | REDACTED | | 1 |
| | Isadore K. Grossman Trust FBO: Zachary Grossman | REDACTED | | 679 |
| | Zachary Grossman | REDACTED | | 923 |
| | Gayle Gruber | REDACTED | | 9 |
| | MSSB Custodian FBO David Whitmire POD Mary Gwinnette Ganchoff Rollo | REDACTED | | 2,074 |

| Debtor | Registered Holder | Address of Equity Holder | Type of Equity Security | No. of Shares Held |
|---|---|---|---|---|
| | Hadley Citrus Company | 26 Crest Road E. Rolling Hills, CA 90274 | | 465 |
| | Hadley Family Trust Dtd 09/26/02 | REDACTED | | 466 |
| | Jeanne E. Hadley Trustee The Hadley Family Trust Dtd 09/26/02 | REDACTED | | 398 |
| | David Harrell & Laura Lallos | REDACTED | | 117 |
| | Mary Harris | REDACTED | | 1 |
| | Jess A. Helwig & Barbara Helwig | REDACTED | | 11 |
| | Bill Henry | REDACTED | | 7,326 |
| | High Nature Holding Ltd. | Unit 8, 3rd Floor Qwomar Trading Complex Blackburn Road Port Purcell Road Town, Tortula British Virgin Islands VG1110 | | 1,116,071 |
| | Mark S. Holecek Trustee Mark S. Holecek Declaration of Trust dtd 08/16/00 | REDACTED | | 1,069 |
| | Michelle Holley | REDACTED | | 1 |
| | Adrianne K. Holmes | REDACTED | | 1 |
| | Jon Housman | REDACTED | | 2,894 |
| | Sandy Huiett | REDACTED | | 1 |
| | Deborah A. Isham | REDACTED | | 1 |
| | Jack Jacobs | REDACTED | | 779 |
| | Mary Jane & William H. Holmes | REDACTED | | 13,180 |

| Debtor | Registered Holder | Address of Equity Holder | Type of Equity Security | No. of Shares Held |
|---|---|---|---|---|
| | Samir Joglekar | REDACTED | | 1 |
| | Peter H. Johnson | REDACTED | | 1 |
| | Frederic E. Jones | REDACTED | | 1 |
| | Michael K. Kelly & Jacqueline A. Kelly | REDACTED | | 85 |
| | Neil Kelly | REDACTED | | 1 |
| | Raymond C. Kinzel IRA Rollover | REDACTED | | 428 |
| | Roger C. Kipp, Sr. Cust Ian Kipp Whitson Under the WA Unif Tran Min Act | REDACTED | | 1 |
| | Alex Klingelhofer | REDACTED | | 439 |
| | Alexandra Klingelhofer | REDACTED | | 453 |
| | John Knizner | REDACTED | | 1 |
| | Steven E. Kolb | REDACTED | | 6 |
| | Candy Korn | REDACTED | | 20 |
| | Stuart R. Korshak & Louise H. Korshak Living Trust U/A 09/01/98 Attn: Stuart R. Korshak | REDACTED | | 8,422 |
| | Anne E. Kowpak | REDACTED | | 1,068 |
| | Rick Kraniak | REDACTED | | 3,790 |
| | Sandra Kreis | REDACTED | | 1 |
| | Bettina Kron | REDACTED | | 1 |
| | Karlheinz E. Kron | REDACTED | | 1 |
| | Karl-Heinz Kron | REDACTED | | 2 |
| | Neil Kuchinsky | REDACTED | | 1 |
| | Mahadeb & Usha Kundu | REDACTED | | 333 |
| | Sumit Kundu | REDACTED | | 164 |
| | Usha Kundu M D Sep IRA | REDACTED | | 271 |
| | David P. Lachs | REDACTED | | 1 |
| | Mary Jane Lagano & John R. Lagano JT TEN | REDACTED | | 100 |

| Debtor | Registered Holder | Address of Equity Holder | Type of Equity Security | No. of Shares Held |
|---|---|---|---|---|
| | Eva Lam GDN Jonathan T S Lee | REDACTED | | 1 |
| | Landover Corporation c/o William L. Holmes | 423 Grubstake Avenue Midland, TX 79702 | | 13,071 |
| | Orville Leigh | REDACTED | | 1 |
| | Marilyn Jaye Lewis | REDACTED | | 17 |
| | Joyce Linder | REDACTED | | 1 |
| | Link Shareholder Services, LLC | 6201 15th Avenue Brooklyn, NY 11219 | | 41 |
| | Heidi Lloyd-Price | REDACTED | | 338 |
| | Patrick A. Long | REDACTED | | 1 |
| | Clyde Longman, Jr. | REDACTED | | 1 |
| | Alan Luchay | REDACTED | | 1 |
| | Robert A. MacDonald IRA | REDACTED | | 270 |
| | The MacDonald Family Trust | REDACTED | | 49 |
| | Marianne C. Madigan | REDACTED | | 1,084 |
| | Willard Magness | REDACTED | | 1 |
| | Patrick L. Maloney | REDACTED | | 9 |
| | Mandra Forestry Limited c/o Portcullis Trustnet (BVI) Ltd. | P.O. Box 3444 Road Town, Tortula British Virgin Islands | | 781,250 |
| | Ronald E. Manuel | REDACTED | | 8,545 |
| | Laurence Nigel Marsh | REDACTED | | 16,133 |
| | Denise Marshall | REDACTED | | 1 |

| Debtor | Registered Holder | Address of Equity Holder | Type of Equity Security | No. of Shares Held |
|---|---|---|---|---|
| | Samuel C. Marty, Jr. & Julianne G. Marty, Trustee The Marty Trust dtd 01/06/95 | REDACTED | | 136 |
| | Brane Maselj | REDACTED | | 1 |
| | John Mauren | REDACTED | | 1 |
| | Mavuli Caboose Establishment c/o Zenobia Management SA Attn: Farouk Abdullah | Avenue Claud Nobs 14 P.O. Box 1459 Montreux, Switzerland 01820 | | 10,681 |
| | TD Ameritrade Clearing Cust f/b/o John W. McDonough II Rollover IRA | REDACTED | | 2,136 |
| | Matthew & Kimberly McKissock | REDACTED | | 14,376 |
| | Anthony Mecali | REDACTED | | 3 |
| | Richard Mendez & Janet B. Mendez JT TEN | REDACTED | | 2 |
| | Mary Meyers | REDACTED | | 1 |
| | William L. Michaud | REDACTED | | 30 |
| | Rodney Michael Cust Katie Michael UTMA/NC | REDACTED | | 1 |
| | Vanessa T. Mitchell | REDACTED | | 1 |
| | Anne Moberg | REDACTED | | 1 |
| | Kay Moorhouse | REDACTED | | 1 |
| | Robert Morrison & Jacqueline Patton JTWROS | REDACTED | | 1 |
| | William C. Moyes | REDACTED | | 5 |
| | Donald D. Mullen | REDACTED | | 5 |
| | Scott Naugle | REDACTED | | 1 |

| Debtor | Registered Holder | Address of Equity Holder | Type of Equity Security | No. of Shares Held |
|---|---|---|---|---|
| | Nazca Limited | Royal Bank Plaza South Tower 200 Bay Street, Suite 2910 Toronto, Ontario Canada M5J2J2 | | 7,610 |
| | Nedbank Private Wealth Nominees (IOM) Ltd. (Nicholas Kessler) | REDACTED | | 5,340 |
| | Robert Neill, III | REDACTED | | 50 |
| | Kenneth E. Nielsen | REDACTED | | 1 |
| | John Norman | REDACTED | | 2,818 |
| | Jennifer S. Nurnberg | REDACTED | | 10 |
| | John Nussbaum | REDACTED | | 1 |
| | Willie Orbino & Marrissa Orbino JT TEN | REDACTED | | 1 |
| | Sachin Parate | REDACTED | | 7,333 |
| | Lawrence Parker | REDACTED | | 1 |
| | Elyse Claire Paske | REDACTED | | 1 |
| | Payette Corp. | 4 Boulevard Des Moulins Monaco Monaco MC-98000 | | 2,210 |
| | Richard Payne & Joanne Payne JT TEN | REDACTED | | 1 |
| | Rocco D. Pelillo, Jr. | REDACTED | | 1 |
| | Joseph S. Piechocki | REDACTED | | 9 |
| | Wayne Pomanowski | REDACTED | | 16,206 |
| | Brooke V. Postley Trust U/A 12/02/89 c/o Howard Tuthill | REDACTED | | 14,171 |

| Debtor | Registered Holder | Address of Equity Holder | Type of Equity Security | No. of Shares Held |
|---|---|---|---|---|
| | Premier Exhibitions, Inc. (Treasury) | 3340 Peachtree Road Suite 2250 Atlanta, GA 30326 | | 201 |
| | Kim Price | REDACTED | | 1 |
| | Prince Henry Navigator III, LLC | 7226 Aynsley Lane McLean, VA 22102 | | 276 |
| | Bonney Prince | REDACTED | | 9 |
| | David P. Prosser | REDACTED | | 1 |
| | Patricia A. Pugliese | REDACTED | | 300 |
| | Anthony Racioppo | REDACTED | | 1 |
| | Michael T. Rae | REDACTED | | 1 |
| | Richard F. Rathbone | REDACTED | | 3,546 |
| | Fred P. Regna | REDACTED | | 9 |
| | Christopher James Reilly | REDACTED | | 1 |
| | The Rice Family LP | REDACTED | | 807 |
| | Nancy Robinson | REDACTED | | 1 |
| | Marc Roddin | REDACTED | | 1 |
| | Edward Rogalski | REDACTED | | 20 |
| | MSSB Custodian FBO Craig Coggins Rollover IRA Attn: Mike Harenberg | REDACTED | | 2,074 |
| | Gary Roosa | REDACTED | | 1 |
| | Paul Rupright | REDACTED | | 1 |
| | Elizabeth Russo | REDACTED | | 1 |
| | James Russo | REDACTED | | 3 |
| | Jeffrey C. Sager | REDACTED | | 1 |
| | Sharon Sanfosso | REDACTED | | 1 |
| | Delia D. Santiago | REDACTED | | 1 |
| | Simon Sculthorp | REDACTED | | 1 |

| Debtor | Registered Holder | Address of Equity Holder | Type of Equity Security | No. of Shares Held |
|---|---|---|---|---|
| | Karl Schmedders | REDACTED | | 12,748 |
| | Sellers Capital, LLC | 707 Skokie Blvd. Suite 600 Northbrook, IL 60062 | | 1,189 |
| | Sellers Capital, LLC | 707 Skokie Blvd. Suite 600 Northbrook, IL 60062 | | 17,943 |
| | Mark Sellers | REDACTED | | 1,379 |
| | Katherine Seymour | REDACTED | | 462 |
| | Jean A. Shackelford & Marvin J. Rudnitsky J.D. CO TTEES Jean A. Shackelford SUB-TR The Thomas B. Shackelford TR dtd 01/18/93 | REDACTED | | 2 |
| | Dennis E. Silvis c/f Ryan Jacob Silvis UTMA/PA | REDACTED | | 1 |
| | Joyce Smith | REDACTED | | 1 |
| | Raymond Smithurst | REDACTED | | 1 |
| | David Sooaru | REDACTED | | 1 |
| | Shannon Sosnoski | REDACTED | | 1 |
| | Astrid Soto | REDACTED | | 1 |
| | Chris T. Spencer | REDACTED | | 1 |
| | Richard Sperrazza | REDACTED | | 100 |
| | Norton Starr | REDACTED | | 11,877 |
| | Charles Steen | REDACTED | | 1 |
| | Donald R. & Victoria L. Strumillo JTWROS | REDACTED | | 40.901 |
| | John T. Sullivan | REDACTED | | 9 |

| Debtor | Registered Holder | Address of Equity Holder | Type of Equity Security | No. of Shares Held |
|---|---|---|---|---|
| | Susan B. Anthony & Co. | Commonwealth of PA Unclaimed Property Lockbox 53473 101 N. Independence Mall East Philadelphia, PA 19106 | | 34 |
| | Joseph Sutton | REDACTED | | 785 |
| | Denise Sweeny | REDACTED | | 1 |
| | Patricia Takeda | REDACTED | | 1 |
| | Technical Sales & Application, Inc. | 185 S. Central Avenue Oviedo, FL 32765 | | 20 |
| | Bruce E. Thoman & Patricia J. Thoman JT TEN | REDACTED | | 3 |
| | Roy Tofte | REDACTED | | 3 |
| | Andreas Tolkmitt | REDACTED | | 1 |
| | Mike Troutman | REDACTED | | 1 |
| | Reid Tucker | REDACTED | | 1 |
| | H.S. Tuthill Rev Trust 01/31/96 c/o Howard S. Tuthill | REDACTED | | 11,807 |
| | Daniel M. Uzelac | REDACTED | | 5 |
| | Theodore Uzelac, Jr. | REDACTED | | 5 |
| | Zeyn B. Uzman | REDACTED | | 1 |
| | Bryan Paul Vallina | REDACTED | | 3 |
| | Vita Center for Women, LLC 401(k) Plan c/o Ashlee Wockholz Country Trust Bank | P.O. Box 2020 1705 N. Towanda Avenue Bloomington, IL 61702 | | 1,857 |
| | Glenn W. Wakefield | REDACTED | | 3 |

| Debtor | Registered Holder | Address of Equity Holder | Type of Equity Security | No. of Shares Held |
|---|---|---|---|---|
| | Jim Wallace | REDACTED | | 43 |
| | Jerry Watkins | REDACTED | | 1 |
| | Paula Watson & Colin Watson JT WROS | REDACTED | | 1 |
| | Matthew A. Webber | REDACTED | | 3 |
| | Sarah C. Wechsler | REDACTED | | 1,619 |
| | Sam Weiser | REDACTED | | 67 |
| | James W. Welch, Jr. | REDACTED | | 4,723 |
| | Vincent Welling | REDACTED | | 1 |
| | Bryan D. White | REDACTED | | 7,102 |
| | Sterling Trust Company Custodian FBO: Carl White | REDACTED | | 602 |
| | Carl W. & Barbara C. White | REDACTED | | 390 |
| | Christopher D. White | REDACTED | | 5 |
| | Melanie Wilson | REDACTED | | 1 |
| | Mary Ann Winkowski | REDACTED | | 3 |
| | Michael Wolter Cust Chuleepon M. Wolter Under the Mn Unif Tran Min Act | REDACTED | | 1 |
| | Raymond C. Woo & Rosario P. Woo | REDACTED | | 680 |
| | Michael Worley & Pauline Worley JT TEN | REDACTED | | 1 |
| | Cindy Wright | REDACTED | | 1 |
| | Michael J. Wylam | REDACTED | | 3 |
| | Jihe Zhang | REDACTED | | 446,429 |
| | Bob Zifchak Cust Julia Zifchak UTMA/NJ | REDACTED | | 1 |

~#4816-2502-5586 v.1~