FILED VIA MAIL
JACKSONVILLE, FLORIDA

SEP -5 2017

CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
<u>Jacksonville</u>   DIVISION

In re:
<u>RMS TITANIC., et al.</u>

Case No. <u>3:16-bk-02230-PMG</u>
Chapter <u>11 (Jointly Administered)</u>

_____<u>Debtor(s)</u>_____ /

## NOTICE OF CHANGE OF ADDRESS

**CHECK ONLY ONE:**

DEBTOR(s): ☐   CREDITOR: ☑

Please <u>print</u> the following information:

NAME: B.E. Capital Management Fund LP

OLD MAILING ADDRESS: 205 East 42nd Street
New York, New York
10017

NEW MAILING ADDRESS: 228 Park Ave S #63787
New York, New York
10003-1502

DATED: 08/26/17   _____
Signature of Debtor or Creditor   Thomas Braziel
Managing Partner, BE. Capital

_____
Signature of Joint Debtor (if applicable)

PHONE NUMBER: 646-678-2922

**All future notices shall be sent to the new mailing address**

(6/1/11)